
FILED
April 28, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002592179

2

JOHN R. ROBERTS
A Professional Corporation
State Bar No. 77919
2744 Coloma Street
Placerville, CA 95667
(530) 626-6441

Attorney for Debtor(s)

UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN RE:      CASE NO. **10-26713-C-7**

**CHRISTINE HIGHTOWER**     DC NO. **JRR-1**
DATE: **JUNE 29, 2010**
Debtor(s).     TIME: **9:30 AM**
_____/     COURTROOM: **35**

**DEBTOR(S)' MOTION FOR ORDER COMPELLING TRUSTEE TO
ABANDON DEBTOR'S BUSINESSES AS A BURDENSOME ASSET**

    JOHN R. ROBERTS, A Professional Corporation, attorney for the above-named debtor(s), hereby moves the Court, pursuant to 11 U.S.C. §554(b), for an Order Compelling Trustee to Abandon the debtor's businesses known as 1) RIVERVIEW BOOKKEEPING AND TAX and 2) HIGH HEART RANCH:

    Debtor(s)' attorney respectfully represents:

    1.    The above-described businesses are a burdensome asset and of inconsequential value and benefit to the bankruptcy estate for the reasons set forth below; and investigation reveals there is no likelihood said businesses can be sold for an amount sufficient to realize any monies for the bankruptcy estate.

2. This Chapter 7 Bankruptcy case was filed on MARCH 18, 2010. The §341(a) Meeting of Creditors was held on APRIL 27, 2010.

3. The property the debtor(s) wish to have the Trustee abandon is all scheduled assets of the businesses known as 1) RIVERVIEW BOOKKEEPING AND TAX and 2) HIGH HEART RANCH, including the businesses name, goodwill, equipment, fixtures, commercial lease, business bank deposits and accounts receivable.

Debtor(s) wish to have the Trustee abandon his interest in the debtor's businesses for the following reasons:

1. The businesses have a nominal small personal business market value of $6,850.00. The debtor has claimed an exemption in said businesses of $6,750.00.

2. There is no equity in the subject businesses over and above the debtor exemption for the benefit of the bankruptcy estate.

WHEREFORE, debtor(s) pray for an Order from this Court Compelling the Trustee to Abandon the debtor's businesses known as 1) RIVERVIEW BOOKKEEPING AND TAX and 2) HIGH HEART RANCH.

Dated: April 28, 2010 /s/ JOHN R. ROBERTS
A Professional Corporation
2744 Coloma Street
Placerville, CA 95667
530-626-6441
court@bankruptcy-info.com
State Bar No. 77919